UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FOSKEY, ET AL | CIVIL ACTION |
| VERSUS | NO: 09-3271 |
| HOLIDAY INN HOTELS AND RESORTS, ET AL | SECTION: "J"(3) |

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1)   A list of all parties still remaining in this action;

(2)   Copies of all pleadings, including answers, filed by those parties in state court; and

(3)   Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana,     April 13, 2009

By Direction of the Court

LORETTA G. WHYTE