## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 09-3271 |
| | * | |
| HOLIDAY INN HOTELS AND | * | SECTION: "J" (3) |
| RESORTS, INTERCONTINENTAL | * | |
| HOTELS GROUP, SCOTTSDALE | * | HONORABLE CARL J. BARBIER |
| INSURANCE COMPANY, UNKNOWN | * | |
| MANUFACTURER, UNKNOWN | * | MAG. JUDGE DANIEL KNOWLES |
| SUPPLIER, UNKNOWN | * | |
| DISTRIBUTOR, UNKNOWN | * | |
| INSURANCE COMPANIES AND | * | |
| UNKNOWN JOHN DOES | * | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P., Rule 7.1, defendant, Scottsdale Insurance Company, submits this Corporation Disclosure Statement and respectfully represents as follows:

1.   The named corporate defendant in the above captioned lawsuit is Scottsdale Insurance Company.

2.   With regard to Scottsdale Insurance Company, the following information applies:

  a.   Is the party a publicly held corporation or other publicly held entity?

  ( ) Yes          ( X ) No

  b.   Does the party have any parent corporations?

  ( X ) Yes          ( ) No.

1

If yes, identify all parent corporations:

Scottsdale Insurance Company is a wholly owned subsidiary of Nationwide Insurance Company

c.  Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?

(  ) Yes            ( X ) No

      Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

**/S/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
**3850 North Causeway Boulevard**
**Suite 1280**
**Metairie, Louisiana  70002**
**Telephone:  (504) 836-7565**
**Fax:           (504) 836-7566**
**mungarino@ungarino-eckert.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on April 14, 2009.

MATTHEW J. UNGARINO