UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 09-3271 |
| | * | |
| HOLIDAY INN HOTELS AND | * | SECTION: "J" (3) |
| RESORTS, INTERCONTINENTAL | * | |
| HOTELS GROUP, SCOTTSDALE | * | HONORABLE CARL J. BARBIER |
| INSURANCE COMPANY, UNKNOWN | * | |
| MANUFACTURER, UNKNOWN | * | MAG. JUDGE DANIEL KNOWLES |
| SUPPLIER, UNKNOWN | * | |
| DISTRIBUTOR, UNKNOWN | * | |
| INSURANCE COMPANIES AND | * | |
| UNKNOWN JOHN DOES | * | |

## 28 U.S.C. 1447(b) SUBMISSION

Scottsdale Insurance Company, defendant herein, files the following submission in compliance with this Honorable Court's Removal Order:

a) Judy A. Pace, 700 Camp Street, New Orleans, LA 70130, representing plaintiff;

b) Matthew J. Ungarino, Ungarino & Eckert, 3850 N. Causeway Blvd., Ste. 1280, Lakeway II, Metairie, LA, 70002, representing defendant, Scottsdale Insurance Company;

c) Copies of all such records and proceedings have already been filed with the Court;

d)   Copies of plaintiff's petition for damages and the state court notice of removal have already been submitted to the Court;

e)   A copy of the service return on defendant is attached hereto; and

f)   Undersigned counsel respectfully submits that, upon information and belief, the above constitutes the entire state court record.

        **Respectfully submitted,**

        **UNGARINO & ECKERT L.L.C.**

| CERTIFICATE OF SERVICE |
|---|
| I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on April 14, 2009.<br><br>MATTHEW J. UNGARINO |

**/S/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
**3850 North Causeway Boulevard**
**Suite 1280**
**Metairie, Louisiana  70002**
**Telephone:  (504) 836-7565**
**Fax:          (504) 836-7566**
mungarino@ungarino-eckert.com