UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | * | CIVIL ACTION NO. 09-3271 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| HOLIDAY INN HOTELS AND RESORTS, | * | MAGISTRATE "3" |
| INTERCONTINENTAL HOTELS GROUP, | * | |
| SCOTTSDALE INSURANCE COMPANY, | * | JURY TRIAL REQUESTED |
| UNKNOWN MANUFACTURER, UNKNOWN | * | |
| SUPPLIER, UNKNOWN DISTRIBUTOR, | * | |
| UNKNOWN INSURANCE COMPANIES, | * | |
| AND UNKNOWN JOHN DOES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANSWER TO PETITION FOR DAMAGES
AND FIRST AMENDED PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel come Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc., who in response plaintiffs' Petition for Damages and First Amended Petition for Damages, respectfully represent as follows:

**FIRST DEFENSE**

Plaintiffs' Petition, as amended, fails to state a cause of action upon which relief can be granted.

352958.1

## SECOND DEFENSE

AND NOW, in response to the specific allegations of the Petition for Damages, Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc., respectfully represent as follows:

### I.

The allegations contained in Paragraphs I, II and III of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

### II.

The allegations contained in Paragraphs IV, V, VI, VII, VIII, IX, X and XIII of the Petition for Damages are denied with respect to Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. and are otherwise denied for lack of sufficient information upon which to justify a belief.

### III.

The allegations contained in Paragraphs XI and XII of the Petition for Damages are denied as stated.

## THIRD DEFENSE

In the alternative, and only in the event that this court should find the plaintiffs sustained damages for which defendant is responsible, which is denied, defendant specifically pleads the fault and/or negligence of plaintiffs which was the substantial cause-in-fact of plaintiffs' alleged injuries and damages and should operate to completely bar recovery herein or, alternatively, reduce recovery on a comparative fault basis.

**FOURTH DEFENSE**

In the event that discovery should reveal evidence of third - party fault, defendant specifically pleads the fault and/or negligence of a third party for whom defendant was not responsible, which fault and/or negligence was substantial cause-in-fact of plaintiffs' alleged injuries and damages and should operate to completely bar recovery herein or, alternatively reduce recovery on a comparative fault basis.

**FIFTH DEFENSE**

In the event that discovery reveals a failure by plaintiffs to heed the instructions of physicians or other evidence of failure to mitigate damages, defendant specifically and affirmatively pleads plaintiffs' failure to mitigate damages.

**ANSWER TO FIRST AMENDED PETITION FOR DAMAGES**

AND NOW, in response plaintiffs' First Amended Petition for Damages, Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. respectfully represent as follows:

**IV.**

The allegations contained in Paragraphs I, II and III of the First Amended Petition for Damages are denied for lack of sufficient information to justify a belief therein.

**V.**

The allegations contained in Paragraphs IV, V, VI, VII, VIII, IX, X and XIV of the First Amended Petition for Damages are denied with respect to Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. and are otherwise denied for lack of sufficient information to justify a belief.

### VI.

The allegations contained in Paragraphs XI, XII and XIII are denied as stated.

### VII.

Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. re-aver and re-allege in their entirety all responses and defenses asserted in the Answer to the Petition for Damages as if copied herein *in extenso.*

### VIII.

Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. specifically demand a trial by jury.

WHEREFORE, defendants, Holiday Inns, Inc. and Intercontinental Hotels Group Resources Group, Inc., pray that this, their Answer to plaintiffs' Petition for Damages and First Amended Petition for Damages, be deemed good and sufficient, and after due proceedings had, there be judgment in their favor, dismissing plaintiffs' Petition for Damages and First Amended Petition for Damages at plaintiffs' costs, or alternatively, reducing recovery on a comparative fault basis.

Respectfully submitted;

PLAUCHÉ MASELLI PARKERSON L.L.P.

BY:     */S/ G. Bruce Parkerson*
       G. BRUCE PARKERSON (#1118)
       MATTHEW A. MOELLER (#29991)
       701 Poydras Street, Suite 3800
       New Orleans, Louisiana 70139
       Telephone: (504) 582-1142
       Telefax: (504) 582-1172

COUNSEL FOR HOLIDAY INNS, INC. AND INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this __1st__ day of __June__, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding either electronically or by mailing the same by United States Mail, properly addressed and first class postage prepaid.

    */S/ G, Bruce Parkerson*