UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FOSKEY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 09-3271** |
| **HOLIDAY INN HOTELS & RESORTS, ET AL** | **SECTION: J** |

## ORDER

Because it has been brought to the attention of the court that all parties named in this matter have not answered, and because additional parties may be added to this matter shortly, the preliminary pre-trial conference set for JUNE 25, 2009 is hereby CANCELLED, to be reset at a later date.

