**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TERRY FOSKEY, ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 09-3271**

**HOLIDAY INN HOTELS and RESORTS, ET AL**       **SECTION "J" (3)**

**ORDER SETTING ORAL HEARING**

     **IT IS ORDERED** that Plaintiff's Second Motion to Amend #9 is **SET FOR**

**ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, July 1,**

**2009 at 11:00 A.M.** in Courtroom B 305 at 500 Poydras St. (Hale Boggs Federal Bldg.),

New Orleans, Louisiana.

     New Orleans, Louisiana this 8th day of June, 2009.


**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**