UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | CIVIL ACTION NO. 09-3271 |
| VERSUS | JUDGE: CARL J. BARBIER |
| HOLIDAY INN HOTELS AND RESORTS, ET AL. | MAGISTRATE JUDGE DANIEL E. KNOWLES, III. |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that Jay Russell Sever, Christopher R. Teske and Pablo Gonzalez of the law firm of Phelps Dunbar LLP be substituted in place of Matthew J. Ungarino and the law firm of Ungarino & Eckert, L.L.C. as counsel of record for Scottsdale Insurance Company.

New Orleans, Louisiana, this 19th day of June, 2009.

_____
United States District Judge

NO.99947947.1