UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY FOSKEY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3271** |
| **HOLIDAY INN HOTELS and RESORTS, ET AL** | **SECTION "J" (3)** |

**ORDER GRANTING MOTION AS UNOPPOSED**

Counsel for the defendants have contacted the Court and advised that Plaintiff's Second Motion to Amend is unopposed.  Accordingly,

**IT IS ORDERED** that Plaintiff's Second Motion to Amend #9 is GRANTED AS UNOPPOSED and the July 1, 2009 hearing is CANCELLED.

New Orleans, Louisiana this 23rd day of June, 2009.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**