UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | * | CIVIL ACTION NO. 09-3271 |
| | * | |
| VERSUS | * | SECTION "J" - Barbier |
| | * | |
| HOLIDAY INN HOTELS AND RESORTS, | * | MAGISTRATE (3) - Knowles |
| INTERCONTINENTAL HOTELS GROUP, | * | |
| SCOTTSDALE INSURANCE COMPANY, | * | |
| UNKNOWN MANUFACTURER, UNKNOWN | * | JURY TRIAL |
| SUPPLIER, UNKNOWN DISTRIBUTOR, | * | |
| UNKNOWN INSURANCE COMPANIES, | * | |
| AND UNKNOWN JOHN DOES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ANSWER TO SECOND AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel come Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc., who in response plaintiffs' Second Amended Petition for Damages respectfully represent as follows:

**I.**

The allegations contained in Paragraphs I, II and III of the Second Amended Petition for Damages are denied for lack of sufficient information to justify a belief therein.

**II.**

The allegations contained in Paragraphs IV, V, VI, VII, VIII, IX, X and XIV of the

352960.1

Second Amended Petition for Damages are denied with respect to Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. and are otherwise denied for lack of sufficient information to justify a belief therein.

### III.

The allegations contained in Paragraphs XI, XII and XIII are denied as stated.

### IV.

Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. re-aver and re-allege in their entirety all responses an defenses asserted in the Answer to the Petition for Damages and Answer to the First Amended Petition for Damages as if copied herein *in extenso*.

### V.

Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc. specifically demand a trial by jury.

WHEREFORE, defendants Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc., pray that this, their Answer to the plaintiffs' Second Amended Petition for Damages, be deemed good and sufficient, and after due proceedings had, there be judgment in their favor, dismissing plaintiffs' Petition for Damages , First Amended Petition for Damages and Second Amended Petition for Damages at plaintiffs' costs, or alternatively reducing recovery on a comparative fault basis.

352960.1

Respectfully submitted,

**PLAUCHÉ MASELLI PARKERSON, L.L.P.**

_____
G. BRUCE PARKERSON (#1118)
MATTHEW MOELLER (#29991)
One Shell Square
701 Poydras Street, Suite 3800
New Orleans, LA  70139
Tel: (504) 582-1142; Fax: (504) 582-1172

COUNSEL FOR INTERCONTINENTAL
HOTELS GROUP RESOURCES, INC. AND
HOLIDAY INNS, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 2nd day of July, 2009.

_____
Matthew A. Moeller

352960.1