# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| TERRY FOSKEY, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   9-3271 "J" (3) |
| HOLIDAY INN HOTELS AND RESORTS, ET AL | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
BRAY & GILLESPIE, XI, LLC

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Judy Pace
700 Camp St.
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: June 23, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Richard P. Richter by:

(1) personally delivering a copy of each to the individual at this place, 909 Poydras St NOLA, 27th floor ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with Mignonne M. Volkene who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 7/22/09

Tracey Duplantis
Server's signature

Tracey Duplantis
Process server
Printed name and title

1450 Sigur Ave Met La
Server's address