UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY FOSKEY AND JULIA FOSKEY** * | CIVIL ACTION |
| * | |
| **VERSUS** * | NUMBER: 09-3271 |
| * | |
| **HOLIDAY INN HOTELS AND** * | SECTION: "J" (3) |
| **RESORTS, INTERCONTINENTAL** * | |
| **HOTELS GROUP, SCOTTSDALE** * | HONORABLE CARL J. BARBIER |
| **INSURANCE COMPANY, UNKNOWN** * | |
| **MANUFACTURER, UNKNOWN** * | MAG. JUDGE DANIEL KNOWLES |
| **SUPPLIER, UNKNOWN** * | |
| **DISTRIBUTOR, UNKNOWN** * | |
| **INSURANCE COMPANIES AND** * | |
| **UNKNOWN JOHN DOES** * | |

## ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that Bray & Gillespie, XI, LLC be granted an additional 30 days from the date of this order in which to file responsive pleadings.

**NEW ORLEANS, LOUISIANA THIS** 25th **DAY OF** _____August_____, 2009.

_____
UNITED STATES DISTRICT JUDGE

1

G:\DOCS\11000's\11300-11399\11369\Order.Extension.sff.doc