UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY FOSKEY AND JULIA FOSKEY * | | CIVIL ACTION |
| * | | |
| VERSUS * | | NUMBER: 09-3271 |
| * | | |
| HOLIDAY INN HOTELS AND * | | SECTION: "J" (3) |
| RESORTS, INTERCONTINENTAL * | | |
| HOTELS GROUP, SCOTTSDALE * | | HONORABLE CARL J. BARBIER |
| INSURANCE COMPANY, UNKNOWN * | | |
| MANUFACTURER, UNKNOWN * | | MAG. JUDGE DANIEL KNOWLES |
| SUPPLIER, UNKNOWN * | | |
| DISTRIBUTOR, UNKNOWN * | | |
| INSURANCE COMPANIES AND * | | |
| UNKNOWN JOHN DOES * | | |

## ORDER

Considering the foregoing Motion to Change Party Name and Memorandum in Support;

**IT IS ORDERED** that the name of Bray & Gillespie, XI, L.L.C be changed in the above captioned matter to Ocean Waters Louisiana Co., L.L.C.

NEW ORLEANS, LOUISIANA THIS 1st DAY OF September , 2009.

_____
UNITED STATES DISTRICT JUDGE