# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**                                                                 **CALL DOCKET**

The following cases will be called on **Wednesday, DECEMBER 16, 2009, at 9:30 a.m.**, before Judge Carl J. Barbier.  Failure of plaintiff's counsel to report the status thereof, or in the absence of good cause shown why the cases should remain on the docket, they will be DISMISSED.

***QUESTIONS CONCERNING THE CALL DOCKET WILL NOT BE ACCEPTED LESS THAN 24 HOURS BEFORE THE CALL DOCKET.  ALL QUESTIONS MUST BE IN LETTER FORM, ADDRESSED TO THE CASE MANAGER.  THE LETTERS MAY BE FAXED TO (504)589-4536.***

1.  C.A. 08-04325  PATTON V. SHAW SERVICES, LLC
No answer by defendant.

2.  C.A. 09-01700 PICHON V. NATIONAL FLOOD INSURANCE PROGRAM
No answer by defendant.

3.  C.A.  09-01756 FUENTES ET AL V. JOURNEE ET AL
No service on, or answer by, either defendant.

4.  C.A. 09-02169 HOOVER V. FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY
No answer by National Flood Insurance Co.

5.  C.A. 09-02175 BROWN V. ALLSTATE INSURANCE COMPANY
No answer by defendant.

6.  C.A. 09-02185 SESSUM V. STATE FARM FIRE AND CASUALTY COMPANY ET AL
No service on, or answer by, either defendant.

7.  C.A.  09-02249 PREMIER INDUSTRIES, INC. V. CENTURY EXPLORATION NEW ORLEANS, INC. ET AL
No answer by New York Marine and General Insurance Company.

8.  C.A.  09-02983 VEGA V. HOME DEPOT USA INC ET AL
No answer by Home Depot Inc and Home Depot.

9. C.A.  09-03011 BUSINESS FIRST BANK V. FANCY FREE MV ET AL
No answer by James G Tanner, III.

10.  C.A. 09-03023 BATISTE V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL
No service on, or answer by, Scruggs Wrecker and Towing Service.

**11.  C.A.  09-03152 WHITE V. WIMBERLY ET AL**
No service on, or answer by, any defendant.

**12.  C.A.  09-03171 UNITED STATES OF AMERICA V. PADGETT**
No service on, or answer by, defendant.

**13.  C.A. 09-03176  THOMPSON V. STATE NATIONAL INSURANCE COMPANY, INC. ET AL**
No answer by One Beacon Insurance Co. or Commerce and Industry Insurance Company.

**14.  C.A. 09-03202 COLLONGUES ET AL V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL**
No service on, or answer by, State Farm Mutual Automobile Insurance Company.

**15.  C.A.  09-03271 FOSKEY ET AL V. HOLIDAY INN HOTELS AND RESORTS ET AL**
No sevice on, or answer by, Holiday Inn Hotels and Resorts.

**16.  C.A.  09-03398 MARTINEZ V. DEPARTMENT OF HOMELAND SECURITY, ET AL**
No answer by any defendant.

**17.  C.A. 09-03430 UNITED STATES OF AMERICA V. BEARD**
No answer by defendant.

**ISSUED FOR THE COURT:**

  **S/EILEEN STENSRUD**
**EILEEN STENSRUD, Courtroom Deputy**
**Section "J"            589-7694**