**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TERRY FOSKEY AND JULIA FOSKEY**                    **CIVIL ACTION**

**VERSUS**                                                                      **NO. 09-3271**

**HOLIDAY INN HOTELS AND RESORTS ET AL.**        **SECTION  "J" (3)**

**ORDER SETTING ORAL HEARING**

**IT IS ORDERED** that **Plaintiffs' Motion for Leave to File Third Amended Complaint [Doc. # 32]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, October 7, 2009 at 11:00 a.m.** in Courtroom B 305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana.  Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana this 21st day of September, 2009.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**