UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY FOSKEY AND JULIA FOSKEY** * | | **CIVIL ACTION** |
| * | | |
| **VERSUS** * | | **NUMBER: 09-3271** |
| * | | |
| **HOLIDAY INN HOTELS AND** * | | **SECTION: "J" (3)** |
| **RESORTS, INTERCONTINENTAL** * | | |
| **HOTELS GROUP, SCOTTSDALE** * | | **HONORABLE CARL J. BARBIER** |
| **INSURANCE COMPANY, UNKNOWN** * | | |
| **MANUFACTURER, UNKNOWN** * | | **MAG. JUDGE DANIEL KNOWLES** |
| **SUPPLIER, UNKNOWN** * | | |
| **DISTRIBUTOR, UNKNOWN** * | | |
| **INSURANCE COMPANIES AND** * | | |
| **UNKNOWN JOHN DOES** * | | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(B)4/12(B)5. ;

**IT IS HEREBY GRANTED** that defendant, Ocean Waters Louisiana Co., LLC, has been granted leave to file Reply Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(B)4/12(B)5.

New Orleans, Louisiana on this the 1st day of October, 2009.

_____
United States District Judge