## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY FOSKEY AND JULIA FOSKEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3271** |
| **HOLIDAY INN HOTELS AND RESORTS ET AL.** | **SECTION "J" (3)** |

## ORDER

The Court has learned that no party opposes Plaintiffs' Motion for Leave to File Third Amended Complaint [Doc. # 32]**.** Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Third Amended Complaint [Doc. # 32] is GRANTED as UNOPPOSED.

New Orleans, Louisiana this 5th day of October, 2009.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**