UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | CIVIL ACTION |
| VERSUS | NO:09-3271 |
| HOLIDAY INN et al. | SECTION: "J" (3) |

**ORDER**

**IT IS ORDERED** that a telephone status conference be held in this matter on **Thursday October 15th, 2009 at 2:00pm.** The Court will initiate the call.

New Orleans, Louisiana, this the 9th day of October, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE