MINUTE ENTRY
BARBIER, J.
October 15, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FOSKEY | CIVIL ACTION |
| VERSUS | NO. 09-3271 |
| HOLIDAY INN HOTELS GROUP ET AL | SECTION "J" (3) |

The Court held a status conference this date via telephone. The following were in attendance: Judy Ann Pace, representing the Plaintiff and Pablo Gonzalez, Godfrey Parkerson, and Stephen Gele, representing the Defendants. After discussion, the Court ordered as follows:

The Court encourages the parties to cooperate in accepting service of process and filing responsive pleadings.

Counsel for Ocean Waters Louisiana Co., LLC shall furnish counsel for Plaintiff with the names of any contractors or third parties who were involved in the sale, installation, or manufacturing of the shower seat in question within seven (7) days.

\* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 30 mins.