UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FOSKEY, ET AL**                                         **CIVIL ACTION**

**VERSUS**                                                **NUMBER: 09-3271**

**HOLIDAY INN HOTELS & RESORTS, ET AL**                   **SECTION: J**

ORDER

On October 19, 2009, a motion to file pro hac vice was filed by the plaintiffs, which the court deemed deficient.

Counsel was notified of the deficiency, and was given five days to correct the pleading. This is to advise counsel that as of October 29, 2009, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

