UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | CIVIL ACTION |
| VERSUS | NO:09-3271 |
| HOLIDAY INN et al. | SECTION: "J" (3) |

**ORDER**

Before the Court is Defendant's **Motion to Dismiss pursuant to Rule 12(b)4 & 5** (Rec. D. 27)

**IT IS ORDERED** that Defendant's Motion to Dismiss pursuant to Rule 12 (b) 4 & 5 is **DENIED**.

New Orleans, Louisiana, this the 4th day of December 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE