UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FOSKEY, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-3271 |
| HOLIDAY INN HOTELS AND RESORTS, ET AL | SECTION "J" |

## PRELIMINARY CONFERENCE NOTICE

A Preliminary Conference will be held **by telephone** on **JANUARY 21, 2010 AT 3 P.M.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. **The court will initiate the call.**

**TRIAL COUNSEL MUST** participate in this conference. If, for good cause, this is not possible, you must file a Motion and Order to Continue at least one week prior to the above date.

ISSUED BY:
Eileen Stensrud, Section J
Telephone No. 589-7694

**NOTICE**
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

**NOTICE OF COMPLIANCE WITH Fed R. Civ. P. 26(a)(1) and 26 (f)**
COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(A)(1) AND 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE QUESTIONS BELOW CONCERNING DISCLOSURE.

**IMPORTANT NOTICE TO COUNSEL:**
COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

**1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures? OR**

**2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will be waived in this case? OR**

**3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? WRITTEN OBJECTIONS MUST BE FILED THREE (3) DAYS PRIOR TO THE PRELIMINARY CONFERENCE.**