MINUTE ENTRY
BARBIER, J.
DECEMBER 16, 2009
JS-10: 20 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**                                         **CALL DOCKET**

**The following cases were called this day to show cause why they should not be DISMISSED.  After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:**

1.  C.A. 09-02169 HOOVER V. FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY
PRESENT: David Binegar, Esq., for plaintiff
ORDERED passed 30 days.

2.  C.A. 09-02185 SESSUM V. STATE FARM FIRE AND CASUALTY COMPANY ET AL
PRESENT: No one
ORDERED passed 30 days.  Further ORDERED that a rule to show cause be set.

3.  C.A. 09-03023 BATISTE V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL
PRESENT: Terry Loup, Esq., for plaintiff
         James Thompson, Esq., for State Farm Mutual Automobile Insurance Co.
ORDERED passed 30 days.

4.  C.A. 09-03202 COLLONGUES ET AL V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL
PRESENT: Matthew Fransen, Esq., for plaintiff
ORDERED passed 30 days.

5.  C.A. 09-03271 FOSKEY ET AL V. HOLIDAY INN HOTELS AND RESORTS ET AL
PRESENT: No one
ORDERED that Holiday Inn Hotels and Resorts be DISMISSED without prejudice, and that this matter be placed on the trial docket.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE