UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY FOSKEY and JULIA FOSKEY** | \* | **CIVIL ACTION NO. 09-3271** |
| | \* | |
| **VERSUS** | \* | **SECTION "J"** |
| | \* | |
| **HOLIDAY INN HOTELS AND RESORTS,** | \* | **MAGISTRATE "4"** |
| **INTERCONTINENTAL HOTELS GROUP,** | \* | |
| **SCOTTSDALE INSURANCE COMPANY,** | \* | |
| **UNKNOWN MANUFACTURER, UNKNOWN** | \* | |
| **SUPPLIER, UNKNOWN DISTRIBUTOR,** | \* | |
| **UNKNOWN INSURANCE COMPANIES,** | \* | |
| **and UNKNOWN JOHN DOES** | \* | |

**************************************************

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

THIS CAUSE came to be heard on the Plaintiffs' Unopposed Motion for Leave to File Amended Complaint. The Court, having reviewed Plaintiff's Motion and the law, finds that the Plaintiff's Motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file a Fourth Amended Complaint, as requested in their Motion filed herein.

SO ORDERED, ADJUDGED, AND DECREED, this the 18th day of December 2009 at New Orleans, Louisiana.

_____
United States District Judge