UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY FOSKEY AND JULIA FOSKEY | * | CIVIL ACTION NO. 09-3271 |
| | * | |
| VERSUS | * | SECTION "J" - Barbier |
| | * | |
| HOLIDAY INN HOTELS AND RESORTS, | * | MAGISTRATE (3) - Knowles |
| INTERCONTINENTAL HOTELS GROUP, | * | |
| SCOTTSDALE INSURANCE COMPANY, | * | |
| UNKNOWN MANUFACTURER, UNKNOWN | * | JURY TRIAL |
| SUPPLIER, UNKNOWN DISTRIBUTOR, | * | |
| UNKNOWN INSURANCE COMPANIES, | * | |
| AND UNKNOWN JOHN DOES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER TO FOURTH AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come defendants Holiday Hospitality Franchising, Inc., Holiday Inns, Inc. and Intercontinental Hotels Group Resources, Inc., who in response plaintiffs' Fourth Amended Petition for Damages respectfully represent as follows:

I.

The allegations contained in Paragraphs I are admitted.

337801.1

II.

The allegations contained in Paragraph II of the Fourth Amended Petition for Damages are denied for lack of sufficient information to justify a belief therein except to admit that Holiday Hospitality Franchising, Inc., Holiday Inns, Inc., and Intercontinental Hotels Group Resources, Inc., are foreign corporations.

III.

The allegations contained in Paragraphs III are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraphs IV and V are denied.

V.

The allegations contained in Paragraphs VI, VII, VIII, IX and X are denied regarding Holiday Hospitality Franchising, Inc., Holiday Inns, Inc., and Intercontinental Hotels Group Resources, Inc., and are otherwise denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in paragraphs XI, XII and XIII are denied as stated.

VII.

The allegations contained in paragraph XIV are denied as set forth in the answers previously filed in the record, the contents of which are adopted by reference as if copied herein *in extenso.*

## VIII.

The allegations contained in paragraph XV are denied for lack of sufficient information to justify a belief therein.

## IX.

Holiday Hospitality Franchising, Inc., Holiday Inns, Inc., and Intercontinental Hotels Group Resources, Inc. re-aver and re-allege in their entirety all responses and defenses asserted in the Answer to the Petition for Damages, Answer to the First Amended Petition for Damages, Answer to Second Amended Petition and Answer to Third Amended Petition as if copied herein *in extenso*.

## X.

Holiday Hospitality Franchising Inc., Holiday Inns, Inc., and Intercontinental Hotels Group Resources, Inc. specifically demand a trial by jury.

WHEREFORE, defendants Holiday Hospitality Franchising Inc., Holiday Inns, Inc., and Intercontinental Hotels Group Resources, Inc., pray that this, their Answer to the plaintiffs' Fourth Amended Petition for Damages, be deemed good and sufficient, and after due proceedings had, there be judgment in their favor, dismissing plaintiffs' Petition for Damages, First Amended Petition for Damages, Second Amended Petition for Damages, Third Amended Petition for Damages and Fourth Amended Petition for Damages at plaintiffs' costs, or alternatively reducing recovery on a comparative fault basis.

Respectfully submitted,

**PLAUCHÉ MASELLI PARKERSON, L.L.P.**


/s/ *Matthew A. Moeller*
G. BRUCE PARKERSON (#1118)
MATTHEW A. MOELLER (#29991)
One Shell Square
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Tel: (504) 582-1142; Fax: (504) 582-1172

COUNSEL FOR INTERCONTINENTAL
HOTELS GROUP RESOURCES, INC. AND
HOLIDAY INNS, INC.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 4th day of January, 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding either electronically or by mailing the same by United States Mail, properly addressed and first class postage prepaid.

/s/ *Matthew A. Moeller*

337801.1

4