## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY FOSKEY AND JULIA FOSKEY** * | **CIVIL ACTION** |
| * | |
| **VERSUS** * | **NUMBER: 09-3271** |
| * | |
| **HOLIDAY INN HOTELS AND** * | **SECTION: "J" (3)** |
| **RESORTS, INTERCONTINENTAL** * | |
| **HOTELS GROUP, SCOTTSDALE** * | **HONORABLE CARL J. BARBIER** |
| **INSURANCE COMPANY, UNKNOWN** * | |
| **MANUFACTURER, UNKNOWN** * | **MAG. JUDGE DANIEL KNOWLES** |
| **SUPPLIER, UNKNOWN** * | |
| **DISTRIBUTOR, UNKNOWN** * | |
| **INSURANCE COMPANIES AND** * | |
| **UNKNOWN JOHN DOES** * | |

**ANSWER TO PETITION FOR DAMAGES,**
**FIRST AMENDED PETITON FOR DAMAGES,**
**AND SECOND AMENDED PETITION FOR DAMAGES,**
**AND REQUEST FOR TRIAL BY JURY**

Ocean Waters Louisiana Co., LLC, hereafter "Ocean Waters", a Florida company formerly known as Bray & Gillespie XI, LLC, answers plaintiffs' original Petition for Damages, First Amended Petition for Damages and Second Amended Petition for Damages, as follows:

**FIRST DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Ocean Waters avers that it is entitled to a credit for any payments made to the plaintiffs herein for damages she claims are related to the subject accident by any individual, corporation, insurance company or any party hereto, and that it is entitled to a credit for any future payments made.

## THIRD DEFENSE

Ocean Waters pleads the doctrines of comparative negligence, plaintiffs' failure to mitigate damages and third party fault which bar or completely reduce the amount of damages plaintiffs are entitled to receive herein.

## FOURTH DEFENSE

Ocean Waters denies all allegations set forth in the preamble of plaintiffs' Complaint; Ocean Waters denies the allegations in paragraphs I-XIII of plaintiffs' Petition for Damages; Ocean Waters denies the allegations contained in paragraphs I-XIV of plaintiffs' First Amended Petition for Damages. Ocean Waters denies the allegations contained in paragraphs I-XIV of plaintiffs' Second Amended Petition for Damages.

## FIFTH DEFENSE

Plaintiff conclusorily alleges a violation of the Americans with Disabilities Act without describing the nature of the violation or any facts establishing the violation. Ocean Waters therefore reserves all rights to later amend its Answer to respond to specific allegations. Ocean Waters also therefore pleads all recognized affirmative defenses available to a defendant sued under the Americans with Disabilities Act. Ocean Waters specifically pleads that the facilities at the hotel in question complied with all requirements of the Americans with Disabilities Act, including the Americans with Disability Act Accessibility Guidelines issued by the Architectural and Transportation Barriers Compliance Board, and in the alternative, if any facilities did not comply with the Americans with Disability Act Accessibility Guidelines, pleads that: the hotel in question was built before the effective date of the Americans with Disability Act; and/or the hotel in question provided equivalent access; and/or removal of any non-compliant barriers was

not readily achievable; and/or compliance would have caused an undue burden to the hotel; and/or compliance would have caused a fundamental alteration in the nature of the goods or services provided by, or the operations of, the hotel. In the alternative, Ocean Waters pleads that any violation of the Americans with Disabilities Act was not a proximate cause of the injuries alleged by plaintiff. Ocean Waters further pleads that general damages are not compensable under Title III of the Americans with Disabilities Act.

## SIXTH DEFENSE

Ocean Waters requests a trial by jury.

**WHEREFORE**, Ocean Waters prays for dismissal of plaintiffs' First Amended Petition for Damages and Second Amended Petition for Damages with prejudice and at plaintiffs' cost. Ocean Waters further prays for trial by jury.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**


**/s/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
**3850 North Causeway Boulevard**
**Suite 1280**
**Metairie, Louisiana  70002**
**Telephone:     (504) 836-7565**
**Fax:              (504) 836-7566**
**mungarino@ungarino-eckert.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that January 5, 2010, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/S/ MATTHEW J. UNGARINO