UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY FOSKEY AND JULIA FOSKEY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 09-3271** |
| | * | |
| **HOLIDAY INN HOTELS AND** | * | **SECTION: "J" (3)** |
| **RESORTS, INTERCONTINENTAL** | * | |
| **HOTELS GROUP, SCOTTSDALE** | * | **HONORABLE CARL J. BARBIER** |
| **INSURANCE COMPANY, UNKNOWN** | * | |
| **MANUFACTURER, UNKNOWN** | * | **MAG. JUDGE DANIEL KNOWLES** |
| **SUPPLIER, UNKNOWN** | * | |
| **DISTRIBUTOR, UNKNOWN** | * | |
| **INSURANCE COMPANIES AND** | * | |
| **UNKNOWN JOHN DOES** | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P., Rule 7.1, defendant, Ocean Waters Louisiana Co., LLC, hereafter "Ocean Waters", a Florida company formerly known as Bray & Gillespie XI, LLC, submits this Corporation Disclosure Statement and respectfully represents as follows:

1. The named corporate defendant in the above captioned lawsuit is Ocean Waters Louisiana Co., LLC.

2. With regard to Ocean Waters Louisiana Co., LLC, the following information applies:

   a. Is the party a publicly held corporation or other publicly held entity?

   ( ) Yes            ( X ) No

b.  Does the party have any parent corporations?

( X ) Yes              (  ) No.

If yes, identify all parent corporations:

Ocean Waters Louisiana Co., LLC is a wholly owned subsidiary of Ocean Waters Holding Co, LLC.

c.  Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?

(  ) Yes              ( X ) No

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that January 5, 2010, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

MATTHEW J. UNGARINO

**UNGARINO & ECKERT L.L.C.**

**/S/ MATTHEW J. UNGARINO**
**MATTHEW J. UNGARINO (#15061)**
**3850 North Causeway Boulevard**
**Suite 1280**
**Metairie, Louisiana  70002**
**Telephone:  (504) 836-7565**
**Fax:         (504) 836-7566**
**mungarino@ungarino-eckert.com**